1  Jeffrey A. Katz, Esq. (SBN 137246)
   WATKINS & LETOFSKY, LLP
2  2900 S. Harbor Blvd., Suite 240
   Santa Ana, CA 92704
3  Office: (949) 476-9400; Fax: (949) 476-9407
4  Attorneys for Defendant,
   UNLIMITED BUCKS INC.
5

6              **UNITED STATES DISTRICT COURT**

7              **CENTRAL DISTRICT OF CALIFORNIA**

8

9  | BOBBY DEE PRESENTS INC., a | Case No.: 2:21-cv-4434 |
10 | California Corporation, | |
11 | Plaintiff, | **NOTICE OF REMOVAL** |
12 | vs. | |
13 | FOX CAPITAL GROUP, INC. D/B/A FOX | |
14 | BUSINESS FUNDING, a Florida | |
   | Corporation, UNLIMITED BUCKS INC, a | |
15 | Florida Corporation, WEST COAST | |
   | BUSINESS CAPITAL, LLC, a New York | |
16 | Limited Liability Company, and | |
17 | SPARTAN BUSINESS SOLUTIONS, | |
   | LLC D/B/A SPARTAN CAPITAL, a New | |
18 | York Limited Liability Company, and | |
19 | DOES 1 through 20, inclusive, | |
20 | | |
21 | Defendants. | |

22

23              NOTICE OF REMOVAL

24 TO THE CLERK OF THE ABOVE-TITLED COURT AND THE HONORABLE UNITED
25
26 STATES DISTRICT JUDGE:

27     UNLIMITED BUCKS INC ("Unlimited" or "Defendant") hereby files this Notice of

28 Removal of this action from the Superior Court of the State of California, County of Los Angeles

                              1

                    **NOTICE OF REMOVAL**

– Norwalk Courthouse, wherein it is now pending as Case No. 21NWCV00155 to the United States District Court for the Central District of California, Western Division.  This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Defendant respectfully shows this Court as follows:

1.      Plaintiff Bobby Dee Presents Inc. commenced an action against Defendant in the Superior Court of the State of California, County of Los Angeles – Norwalk Courthouse, captioned *BOBBY DEE PRESENTS INC., a California Corporation v. FOX CAPITAL GROUP, INC. D/B/A FOX BUSINESS FUNDING, a Florida Corporation, UNLIMITED BUCKS INC, a Florida Corporation, WEST COAST BUSINESS CAPITAL, LLC, a New York Limited Liability Company, and SPARTAN BUSINESS SOLUTIONS, LLC D/B/A SPARTAN CAPITAL, a New York Limited Liability Company, and DOES 1 through 20, inclusive,* which is pending as Case No. 21NWCV00155 (the "state suit").

2.      This action is properly removed to the United States District Court for the Central District of California, Western Division, which is "the district and division embracing the place where [the] action is pending." 28 U.S.C. § 1441(a); see also 28 U.S.C. § 84(c)(2) (listing the counties within the Western Division of the Central District of California).

3.      True and correct copies of the complaint (the "Complaint") and summons in the state suit, filed on March 15, 2021, are annexed hereto as **Exhibit "A"** and **Exhibit "B"**, respectively.

4.      In accordance with Local Rule 3-1, Defendant annexes hereto as **Exhibit "C"** a civil cover sheet (Form CV-071).

2

**NOTICE OF REMOVAL**

5.      Defendant received the initial pleading in the state suit fewer than thirty days prior to the filing of this notice. Defendant was served with the Summons and Complaint on April 28, 2021.

6.      Pursuant to Title 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon the removing defendant in the state court action, i.e. the Summons and Complaint, is annexed hereto at **Exhibits "A" and "B".**

7.      The state suit alleges causes of action for usury, unconscionability, negligence per se for violation of California Finance Lenders Law, violation of California Business & Professions Code Section 17200, unjust enrichment/disgorgement, and injunction and declaratory relief.

8.      This Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441.

## A. Diversity of Citizenship

9.      Based upon the pleadings on file, there is complete diversity of citizenship between the parties and the amount in controversy is greater than $75,000.00.  Plaintiff is a California corporation. Complaint at ¶ 1. Defendant Unlimited Bucks Inc is a New York corporation. Complaint at ¶ 3. Defendant West Coast Business Capital, LLC ("West Coast") is a New York limited liability company (Complaint at ¶ 4), whose members are citizens of New York and New Jersey. Defendant Spartan Business Solutions, LLC d/b/a Spartan Capital ("Spartan") is a New York limited liability company (Complaint at ¶ 5), with two members who are both citizens of New Jersey.  Defendant Fox Capital Group, Inc. d/b/a Fox Capital Funding

**NOTICE OF REMOVAL**

("Fox Capital") has been dismissed from this case and is therefore not relevant for purposes of diversity, though it is a Florida corporation. Complaint at ¶ 2. Printouts from the websites of the Secretaries of State of California, Florida, and New York, regarding each of the parties, as well as a printout of an email from West Coast's counsel stating its members' citizenship, are annexed collectively hereto as **Exhibit "D"**.

9.      The remaining defendants are unnamed "Doe" defendants whose citizenship must be disregarded. 28 U.S.C. § 1441(b)(1); *Fristoe v. Reynolds Metals Co.*, 615 F.2d 1209, 1213 (9th Cir. 1980).

## B. Amount in Controversy

10.      Plaintiff alleges that Plaintiff entered into agreements with Defendants for the following amounts: $74,500 (Fox Capital), $417,200 (Unlimited), $1,049,250 (West Coast), and $149,000 (Spartan). Complaint at ¶ 41. Plaintiff seeks to invalidate the full value of all of the agreements, and for Defendants to pay back all amounts previously paid in connection thereto, plus penalties thereon. The amount in controversy, excluding interest and costs, is therefore above $75,000.

## C. Additional Procedural Requirements

11.      Written notice of this Notice of Removal is being provided to plaintiff by service of this document on their counsel.

12.      A copy of the Notice of Filing Notice of Removal, which is being served on the Superior Court of California, County of Los Angeles, is annexed hereto as **Exhibit "E"**.

**NOTICE OF REMOVAL**

13.    Unlimited is informed by all of the other remaining Defendants who were served in this action that they consent to this removal.

14.    By filing this Notice of Removal, Unlimited does not waive its right to seek to compel arbitration, or to object to jurisdiction over the person, or venue, and specifically reserves the right to assert any defenses and/or objections to which it may be qualified to assert.

15.    No previous request has been made for the relief requested.

WHEREFORE, Unlimited prays that this action be removed from the Superior Court of the State of California in and for the County of Los Angeles to the United States District Court for the Central District of California, Western Division.


DATED:  May 27, 2021                    Respectfully Submitted,
                                        WATKINS & LETOFSKY, LLP



                                        By: _____
                                            Jeffrey A. Katz
                                            Attorneys for Defendant UNLIMITED
                                            BUCKS INC

**NOTICE OF REMOVAL**

**PROOF OF SERVICE**
C.C.P. § 1013(a), C.R.C. 2003(3), 2005(i)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2900 S. Harbor Boulevard, Suite 240, Santa Ana, California 92704.

On May 27, 2021 I served the document(s) described as NOTICE OF REMOVAL on the interested parties in this action by placing a true copy of the document(s) in sealed envelopes addressed as stated in the attached mailing list:

The document(s) listed above were served:

☒    BY E-MAIL

☐    BY EXPRESS MAIL (OVERNIGHT DELIVERY)

☐    BY FACSIMILE TRANSMISSION

☐    BY PERSONAL SERVICE

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing affidavit.

☒    (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒    (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on this 27th day of May 2021 at Santa Ana, California.

_____
Jeffrey Katz

6

**NOTICE OF REMOVAL**

**MAILING LIST**

[BOBBY DEE PRSENTS, INC. V. FOX CAPITAL GROUP, ET AL]

Robert P. Goe                                     Attorney for Plaintiff, Bobby Dee
GOE FORSYTHE & HODGES LLP          Presents Inc.
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
rgoe@goeforlaw.com


Michael Sayer
DEBT RECOVERY ATTORNEYS         Attorney for Defendant, Fox Capital
17595 Harvard Avenue, Suite C-557      Group, Inc.
Irvine, CA 92614

7

**NOTICE OF REMOVAL**