Robert P. Goe – State Bar No. 137019
**GOE FORSYTHE & HODGES LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
RGoe@goeforlaw.com

Telephone: (949) 798-2460
Facsimile:  (949) 955-9437

Counsel for Plaintiff Bobby Dee Presents Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY DEE PRESENTS INC., a California Corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>FOX CAPITAL GROUP, INC. D/B/A FOX BUSINESS FUNDING, a Florida Corporation, UNLIMITED BUCKS INC, a Florida Corporation, WEST COAST BUSINESS CAPITAL, LLC, a New York Limited Liability Company, and SPARTAN BUSINESS SOLUTIONS, LLC D/B/A SPARTAN CAPITAL, a New York Limited Liability Company, and DOES 1 through 20, inclusive,<br><br>             Defendant(s). | Case No. 2:21-CV-4434<br><br>**[PROPOSED] ORDER APPROVING STIPULATION BETWEEN PLAINTIFF AND DEFENDANT UNLIMITED BUCKS INC. TO DISMISS COMPLAINT WITH PREJUDICE** |

      Having considered the Stipulation between Bobby Dee Presents, Inc. (the "Plaintiff") and Defendant Unlimited Bucks Inc. to Dismiss Complaint with Prejudice ("Stipulation") filed September 3, 2021, the Court hereby finds as follows:

      1.    The Stipulation is granted;

      2.    Complaint shall be dismissed with prejudice against Unlimited Bucks; and

\\\

\\\

3. The Parties each shall bear their own respective costs and attorney's fees incurred in connection with the Action.

IT IS SO ORDERED.

DATED: _____

Hon. Fernando L. Aenlle-Rocha
U.S. Court District Judge